UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOHN D. BRYANT,

    Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, JOHN D. BRYANT, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, LEWIS HASTIE RECEIVABLES, INC., is a professional corporation and citizen of the State of New York with its principal place of business at 56 Main Street, Hamburg, New York 14075.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his residential telephone or about the dates stated:

July 28, 2009 – Pre-Recorded Message
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to File Number 2437148.  You may also find out more information

2

at www.lhrpay.com and again refer to file number 2437148.  Thank you.
Goodbye.

August 12, 2009 – Pre-Recorded Message
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to
a confidential matter.  If you are listening to this message on a speaker
phone, please pick up or listen to this message later when you are alone.  By
continuing to listen to this message, you acknowledge that you have taken
reasonable steps to prevent any unauthorized third party from listening to
this message.  The law requires we notify you.  This is an attempt to collect
a debt and any information obtained will be used for that purpose.  Please
contact our office regarding an important business matter at 888-845-5995
and refer to file number 2437148.  You may also find out more information
at www.lhrpay.com and again refer to file number 2437148.  Thank you.
Goodbye.

August 17, 2009, Call #1 – Pre-Recorded Message
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to
a confidential matter.  If you are listening to this message on a speaker
phone, please pick up or listen to this message later when you are alone.  By
continuing to listen to this message, you acknowledge that you have taken
reasonable steps to prevent any unauthorized third parties from listening to
this message.  The law requires we notify you this is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please
contact our office regarding an important business matter at 888-845-5995
and refer to file number 2437148.  You may also find out more information
at www.lhrpay.com and again refer to file number 2437148.  Thank you.
Goodbye.

August 17, 2009, Call #2 – Pre-Recorded Message
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to
a confidential matter.  If you are listening to this message on a speaker
phone, please pick up or listen to this message later when you are alone.  By
continuing to listen to this message, you acknowledge that you have taken
reasonable steps to prevent any unauthorized third parties from listening to
this message.  The law requires we notify you this is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please
contact our office regarding an important business matter at 888-845-5995
and refer to file number 2437148.  You may also find out more information

at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.

August 19, 2009, Call #1 – Pre-Recorded Message
John Bryant disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and a—.

August 19, 2009, Call #2 – Pre-Recorded Message
John Bryant disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.

August 21, 2009 – Pre-Recorded Message
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.

<u>Between September 1, 2009 and September 4, 2009, Call #1 – Pre-Recorded Message</u>
Bryant, disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.

<u>Between September 1, 2009 and September 4, 2009, Call #2 – Pre-Recorded Message</u>
Please press 2 now.  Once again, if this is John Bryant, please press 1 now.  If this is not John Bryant, please press 2 now.  Hello.  This message is meant solely for John Bryant.  If this is not John Bryant, disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.

<u>Between September 2, 2009 and September 4, 2009 – Pre-Recorded Message</u>
John Bryant, disconnect or hang up.  If this is John Bryant, this message relates to a confidential matter.  If you are listening to this message on a speaker phone, please pick up or listen to this message later when you are alone.  By continuing to listen to this message, you acknowledge that you have taken reasonable steps to prevent any unauthorized third parties from listening to this message.  The law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.

> Please contact our office regarding an important business matter at 888-845-5995 and refer to file number 2437148.  You may also find out more information at www.lhrpay.com and again refer to file number 2437148.  Thank you.  Goodbye.
>
> <u>September 16, 2009</u>
> Pre-Recorded Message: Please continue to hold. Your call is very important to us.
> Human Caller: Hello?

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to disclose to Plaintiff in the messages Defendant's

name.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose its name in violation

of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga.

1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

18.    Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20. Plaintiff incorporates Paragraphs 1 through 13.

21. By failing to disclose its name and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658