UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61539-Civ-Huck/O'Sullivan

JOHN D. BRYANT,

    Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Harry John Scanlan, gives notice of his acceptance of Defendant's Offer of Judgment served upon Plaintiff under Certificate of Service dated September 16, 2010, attached as Exhibit "A".

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61539-Civ-Huck/O'Sullivan

JOHN D. BRYANT,

    Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on September 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Marian Kennady, Esq.
Concepcion, Sexton & Martinez, P.A.
Suite 1250
355 Alhambra Circle
Coral Gables, FL 33134
Telephone: 305-444-6669
Facsimile: 305-444-3665

Via Notices of Electronic Filing generated by CM/ECF