UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61539-Civ-Huck/O'Sullivan

JOHN D. BRYANT,

      Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

      Defendant.

_____/

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, John D. Bryant, files this Motion for Entry of Final Judgment against Defendant, Lewis Hastie Receivables, Inc., and in support thereof states as follows:

1.      On September 16, 2010, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68.

2.      On September 21, 2010, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely.

3.      On September 21, 2010, Plaintiff filed Defendant's Offer of Judgment and Plaintiff's acceptance thereof with the Court. (DE 5).

4.      Defendant's Offer of Judgment provides for entry of a Judgment of $5,000.00 in favor of Plaintiff inclusive of attorney fees and costs.

### CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

By service of its Offer in Judgment upon Plaintiff, Defendant has

demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Final Judgment in

favor of Plaintiff, John D. Bryant, and against Defendant, Lewis Hastie

Receivables, Inc., in the amount of $5,000.00 plus interest at the legal rate.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61539-Civ-Huck/O'Sullivan

JOHN D. BRYANT,

      Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>September 21, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Marian Kennady, Esq.
Concepcion, Sexton & Martinez, P.A.
Suite 1250
355 Alhambra Circle
Coral Gables, FL 33134
Telephone: 305-444-6669
Facsimile: 305-444-3665

<u>Via Notices of Electronic Filing generated by CM/ECF</u>