UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61539-Civ-Huck/O'Sullivan

JOHN D. BRYANT,

    Plaintiff,

v.

LEWIS HASTIE RECEIVABLES, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND FINAL JUDGMENT

THIS COURT having been presented Plaintiff's Motion for Entry of Final Judgment (DE _ ) and being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

Plaintiffs motion is GRANTED. The Court enters Final Judgment in favor of the Plaintiff, John D. Bryant, and against Defendant, Lewis Hastie Receivables, Inc., in the amount of $5,000.00, together with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue.

DONE AND ORDERED in the Southern District of Florida this 22 day of September, 2010.

                                      PAUL C. HUCK
                                      United States District Judge

Copies furnished:
All Counsel of Record